B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**US Jesco International Ltd., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-2327198** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1421 Westway Circle**<br>**Carrollton, TX**<br>ZIP Code **75006** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1421 Westway Circle**<br>**Carrollton, TX**<br>ZIP Code **75006** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>US Jesco International Ltd., Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **US Jesco International Ltd., Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric A. Liepins**
Signature of Attorney for Debtor(s)

**Eric A. Liepins 12338110**
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins P.C.**
Firm Name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Address

**Email: eric@ealpc.com**
**972-991-5591  Fax: 972-991-5788**
Telephone Number

**November 25, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leslie Eastwood**
Signature of Authorized Individual

**Leslie Eastwood**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**November 25, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re **US Jesco International Ltd., Inc.**   Case No.
                                     Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna**<br>**1385 E. Shaw Ave.**<br>**Fresno, CA 93710** | **Aetna**<br>**1385 E. Shaw Ave.**<br>**Fresno, CA 93710** | | | **17,171.00** |
| **Colbalt Capital Partners, LP**<br>**5605 N. McArthur Blvd., Ste. 350**<br>**Irving, TX 75038** | **Colbalt Capital Partners, LP**<br>**5605 N. McArthur Blvd., Ste. 350**<br>**Irving, TX 75038** | | | **24,956.00** |
| **Colorado Deptd. of Labor and Employment**<br>**Unemployment Insurance Claimant Serv.**<br>**PO Box 400**<br>**Denver, CO 80201** | **Colorado Deptd. of Labor and Employment**<br>**Unemployment Insurance Claimant Serv.**<br>**PO Box 400**<br>**Denver, CO 80201** | | | **18,118.55** |
| **Dolbat Capital Partners LP**<br>**Redbel Blackwell**<br>**Ginny Goldsmith**<br>**5605 N. MacArthur Blvd., Ste. 350**<br>**Irving, TX 75038** | **Dolbat Capital Partners LP**<br>**Redbel Blackwell**<br>**Ginny Goldsmith**<br>**Irving, TX 75038** | | | **24,956.00** |
| **Gray Reed & McGraw PC**<br>**1300 Post Oak Blvd., Ste. 2000**<br>**Houston, TX 77056** | **Gray Reed & McGraw PC**<br>**1300 Post Oak Blvd., Ste. 2000**<br>**Houston, TX 77056** | | | **44,001.79** |
| **Hann Corp.**<br>**1828 William Penn Way**<br>**Lancaster, PA 17601** | **Hann Corp.**<br>**1828 William Penn Way**<br>**Lancaster, PA 17601** | | **Contingent Unliquidated Disputed** | **350,000.00** |
| **Henslee Schwartz LLP**<br>**Regions Bank**<br>**111 W. Mockingbird**<br>**Dallas, TX 75247** | **Henslee Schwartz LLP**<br>**Regions Bank**<br>**111 W. Mockingbird**<br>**Dallas, TX 75247** | | | **18,829.00** |
| **HK Retail Concepts**<br>**41395 Carlotta Dr.**<br>**Palm Desert, CA 92211-3265** | **HK Retail Concepts**<br>**41395 Carlotta Dr.**<br>**Palm Desert, CA 92211-3265** | | **Contingent Unliquidated Disputed** | **500,000.00** |
| **Jaffe & Asher LLP**<br>**600 Third Ave.**<br>**New York, NY** | **Jaffe & Asher LLP**<br>**600 Third Ave.**<br>**New York, NY** | **Amex Settlement** | | **247,321.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **US Jesco International Ltd., Inc.** ,                                    Case No.
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jim Hawk-Trailer Repairs** 7500 NE Gardner Ave. Kansas City, MO 64120 | **Jim Hawk-Trailer Repairs** 7500 NE Gardner Ave. Kansas City, MO 64120 | **Mechanic's Lien** | | 17,878.00 |
| **Marrow & Assoc.** 2625 Towngate Rd., Ste. 330 Westlake Village, CA 91361 | **Marrow & Assoc.** 2625 Towngate Rd., Ste. 330 Westlake Village, CA 91361 | **RIFII Bledsoe LLC** | | 19,503.00 |
| **MHC** 4040 Irving Blvd. Dallas, TX 75247 | **MHC** 4040 Irving Blvd. Dallas, TX 75247 | **Kenworth MHC** | | 24,636.60 |
| **Morrow & Assoc.** 2625 Townsgate Rd., Ste. 330 Westlake Village, CA 91361 | **Morrow & Assoc.** 2625 Townsgate Rd., Ste. 330 Westlake Village, CA 91361 | | | 19,503.00 |
| **MT Global Freight** 701 Hanover Dr., Sted 208 Grapevine, TX 76051 | **MT Global Freight** 701 Hanover Dr., Sted 208 Grapevine, TX 76051 | | | 151,745.91 |
| **New York State** PO Box 4301 Binghamton, NY 13902-4301 | **New York State** PO Box 4301 Binghamton, NY 13902-4301 | **Unemployment Ins.** | | 29,215.67 |
| **Taxese** 14901 Quorum Dr., Ste. 900 Dallas, TX 75254 | **Taxese** 14901 Quorum Dr., Ste. 900 Dallas, TX 75254 | **Prop Taxes Loan** | | 21,555.00 |
| **Wells Fargo** (1421 Building) 305 E. Main St., 2nd Fl. Mesa, AZ 85201 | **Wells Fargo** (1421 Building) 305 E. Main St., 2nd Fl. Mesa, AZ 85201 | | | 47,331.27 |
| **Wilson Elser Moskowitz, Edelman & Dicker** 1133 Westchester Ave. West Harrison, NY 10604 | **Wilson Elser Moskowitz, Edelman & Dicker** 1133 Westchester Ave. West Harrison, NY 10604 | | | 14,784.47 |
| **Wisconsin Dept of REvenue** PO Box 8902 Madison, WI 53708-8902 | **Wisconsin Dept of REvenue** PO Box 8902 Madison, WI 53708-8902 | | | 20,208.60 |
| **Young America Group** 4420 Hiffines Blvd. #108 Carrollton, TX 75011 | **Young America Group** 4420 Hiffines Blvd. #108 Carrollton, TX 75011 | | **Contingent Unliquidated** | 690,821.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **US Jesco International Ltd., Inc.**                                        Case No.
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 25, 2014**                    Signature  **/s/ Leslie Eastwood**
                                                                               **Leslie Eastwood**
                                                                               **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Aetna
1385 E. Shaw Ave.
Fresno, CA 93710

Afni Inc.
1310 Martin Luther King Dr.
PO Box 3068
Bloomington, IL 61702

CCS for Metlife
edorr27@gmail.com

Central Canal Co., LLC
2721 Forsyth Rd.
Unite 208
Winter Park, FL 32792

City of Chicago
PO Box 88292
Chicago, IL 60680

Colbalt Capital Partners, LP
5605 N. McArthur Blvd., Ste. 350
Irving, TX 75038

Colorado Deptd. of Labor and Employment
Unemployment Insurance Claimant Serv.
PO Box 400
Denver, CO 80201

Conway Freight
PO Box 5160
Portland, OR 97208-5160

Cummins Motors
4855 Mountain Creek Pkwy
Dallas, TX 75236

Degrasse & Rolnick
6363 Woodway, Ste. 975
Houston, TX 77057


DHL Express
PO Box 1377
Cockeysville, MD 21030-9998


Dolbat Capital Partners LP
Redbel Blackwell
Ginny Goldsmith
5605 N. MacArthur Blvd., Ste. 350
Irving, TX 75038


E470 Public Hwy Authority
PO Box 5470
Denver, CO 80217


Fox Rothschild LLP
2000 Market st., 20th FL
Philadelphia, PA 19103-3222


Frankin County Municipal Court
375 S. High St., Fl. 3rd
Columbus, OH 43215


GB Collections
145 Bradford Dr.
West Berlin, NJ 08091


GE Transportation Trailer
PO Box 642222
Pittsburgh, PA 15264


Ginny Goldsmith
ginny.goldsmith@colbatcapitalpartners.co

```
Gray Reed & McGraw PC
1300 Post Oak Blvd., Ste. 2000
Houston, TX 77056


Hann Corp.
1828 William Penn Way
Lancaster, PA 17601


Harter Secrest Firm
1600 Bausch & Lomb Place
Rochester, NY 14604-2711


Henslee Schwartz LLP
Regions Bank
111 W. Mockingbird
Dallas, TX 75247


HK Retail Concepts
41395 Carlotta Dr.
Palm Desert, CA 92211-3265


Howard & Co. Account, LLP
8350 Meadow Rd., Ste. 286
Dallas, TX 75231


Illinois Tollway
PO Box 5544
Chicago, IL 60680


Jaffe & Asher LLP
600 Third Ave.
New York, NY


Javitch Block
1100 Superior Ave., 18th Fl.
Cleveland, OH 44114
```

```
Jim Hawk-Trailer Repairs
7500 NE Gardner Ave.
Kansas City, MO 64120


Labor Ready
PO Box 676412
Dallas, TX 75167-6412


Lee Kinder Firm
3801 E. Florida Ave., Ste.210
Denver, CO 80210


Marrow & Assoc.
2625 Towngate Rd., Ste. 330
Westlake Village, CA 91361


MHC
4040 Irving Blvd.
Dallas, TX 75247


Midland Holdings Co., Inc.
300 North Midland Ave., Ste.1
Saddle Brook, NJ 07663


Morrow & Assoc.
2625 Townsgate Rd., Ste. 330
Westlake Village, CA 91361


MT Global Freight
701 Hanover Dr., Sted 208
Grapevine, TX 76051


New Jersay EZ Pass
PO Box 4971
Trenton, NJ 08650
```

```
New Mexico State Fair
PO Box 8546
Albuquerque, NM 87198


New York City Dept. of Finance
PO Box 3641
Church St. Station
New York, NY 10008


New York State
PO Box 4301
Binghamton, NY 13902-4301


Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412


Progressive
24344 Network Place
Chicago, IL 60673


Rebel Blackwell



Regatta Apts. PA
1000 Regatta Circle
Norristown, PA 19401


State of New Hampshire
Hugh J. Gallen State Office Park
Spaulding Bldg.
PO Box 2076
Concord, NH 03302-2076


State of Washington Dept. of Labor
and Industries
PO Box 34022
Seattle, WA 98124-1022
```

```
Taxese
14901 Quorum Dr., Ste. 900
Dallas, TX 75254


Thomas George Assoc., Ltd.
PO Box 30
East Northport, NY 11731


Toll by Plate
PO Box 105477
Atlanta, GA 30348


Torres Credit Services Inc.
27 Fairview St.
PO Box 189
Carlisle, PA 17015-3121


Transworld Systems Inc.
MTA Bridges/Tunnels EZ Pass(NY)
PO Box 15110
Wilmington, DE 19850


Utica Mutaul Ins. Co.
PO Box 5310
Binghamton, NY 13902


Wells Fargo
(1421 Building)
305 E. Main St., 2nd Fl.
Mesa, AZ 85201


Wilson Elser Moskowitz, Edelman & Dicker
1133 Westchester Ave.
West Harrison, NY 10604


Wisconsin Dept of REvenue
PO Box 8902
Madison, WI 53708-8902
```

```
Young America Group
4420 Hiffines Blvd. #108
Carrollton, TX 75011


YRC Freight
557 E Tallmadge Ave.
Akron, OH 44310
```

# United States Bankruptcy Court
## Northern District of Texas

In re **US Jesco International Ltd., Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **US Jesco International Ltd., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 25, 2014**  
Date

**/s/ Eric A. Liepins**  
**Eric A. Liepins 12338110**  
Signature of Attorney or Litigant  
Counsel for **US Jesco International Ltd., Inc.**  
**Eric A. Liepins P.C.**  
**12770 Coit Road**  
**Suite 1100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**